BWB:KDE
F.#2015R01855

FILED
CLERK

2016 JAN 22 PM 3:45

U.S. DISTRICT ...
EASTERN DIST...
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER SCOTT,
CHRISTOPHER SCOTT, JR.,
    also known as "C.J. Scott" and
NIMBOKO MILLER,

           Defendants.

- - - - - - - - - - - - - - - - - -X

INDICTMENT

Cr. No. **CR16 0034**
(T. 18, U.S.C., §§ 982(a)(2)(A), 1014, 1344,
 1349, 2 and 3551 et seq.; T. 21, U.S.C.,
§ 853(p))

**IRIZARRY, J.**

**POLLAK, M.J.**

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Bank Fraud)

    1.    In or about and between 2006 and November 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT, CHRISTOPHER SCOTT, JR., also known as "C.J. Scott" and NIMBOKO MILLER, together with others, did knowingly and intentionally conspire to execute a scheme and artifice to defraud National City Bank and Wells Fargo Bank N.A., and to obtain moneys, funds, credits and other property owned by, and under the custody and control of, National City Bank and Wells Fargo Bank N.A., by means of

materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
(Bank Fraud)

2. In or about and between 2006 and November 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., also known as "C.J. Scott," together with others, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank N.A., a financial institution, and to obtain moneys, funds, credits and other property owned by, and under the custody and control of, Wells Fargo Bank N.A., by means of materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

## COUNT THREE
(Bank Fraud)

3. In or about and between 2006 and November 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., also known as "C.J. Scott," together with others, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud National City Bank, a financial institution, and to obtain moneys, funds, credits and other property owned by, and under the custody and control of,

National City Bank, by means of materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

## COUNT FOUR
(False Statement)

4.      On or about May 30, 2008, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., also known as "C.J. Scott," together with others, for the purpose of influencing the action of Wells Fargo Bank N.A., an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: a statement about the employment status of John Doe #1, whose identity is known to the Grand Jury, which falsely stated that John Doe #1 was then employed at Real Estate Company #1, the identity of which is known to the Grand Jury, and had been for five years.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## COUNT FIVE
(False Statement)

5.      On or about May 30, 2008, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., together with others, for the purpose of influencing the action of Wells Fargo Bank N.A., an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: an estimate, in the amount of $75,028, which

falsely stated the deposits with Citibank of John Doe #1, whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## COUNT SIX
(False Statement)

6. On or about June 6, 2008, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., together with others, for the purpose of influencing the action of National City Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: a statement about the employment status of John Doe #1, whose identity is known to the Grand Jury, which falsely stated that John Doe #1 was then employed at Real Estate Company #1, the identity of which is known to the Grand Jury, and had been for five years.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## COUNT SEVEN
(False Statement)

7. On or about June 6, 2008, within the Eastern District of New York and elsewhere, the defendants CHRISTOPHER SCOTT and CHRISTOPHER SCOTT, JR., together with others, for the purpose of influencing the action of National City Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: an estimate, in the amount of $78,028.47, which

falsely stated the deposits with Citibank of John Doe #1, whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

### COUNT EIGHT
(Bank Fraud)

8. In or about and between 2008 and October 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant NIMBOKO MILLER, together with others, did knowingly and intentionally execute and attempt to execute a scheme and artifice to defraud Wells Fargo Bank N.A., a financial institution, and to obtain moneys, funds, credits and other property owned by, and under the custody and control of, Wells Fargo Bank N.A., by means of materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

### COUNT NINE
(False Statement)

9. On or about June 13, 2008, within the Eastern District of New York and elsewhere, the defendant NIMBOKO MILLER, together with others, for the purpose of influencing the action of Wells Fargo Bank N.A., an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: a statement about the employment status of John Doe #2, whose identity is known to the Grand Jury, which falsely stated that John Doe #2 was then employed at Real Estate Company #2, the identity of which is known to the Grand Jury, and had been for three years.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## COUNT TEN
(False Statement)

10. On or about June 13, 2008, within the Eastern District of New York and elsewhere, the defendant NIMBOKO MILLER, together with others, for the purpose of influencing the action of Wells Fargo Bank N.A., an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: an estimate, in the amount of $8,603, which falsely stated the monthly income of John Doe #2, whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## COUNT ELEVEN
(False Statement)

11. On or about June 13, 2008, within the Eastern District of New York and elsewhere, the defendant NIMBOKO MILLER, together with others, for the purpose of influencing the action of Wells Fargo Bank N.A., an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, did knowingly and intentionally make one or more materially false statements upon an application, commitment and loan, to wit: an estimate, in the amount of $59,150, which falsely stated the deposits with Capital One Bank of John Doe #2, whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 1014, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
FOR COUNTS ONE THROUGH ELEVEN

12. The United States hereby gives notice to the defendants CHRISTOPHER SCOTT, CHRISTOPHER SCOTT, JR., also known as "C.J. Scott" and

7

NIMBOKO MILLER that, upon conviction of any of the offenses alleged in Counts One through Eleven, the United States will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(2)(A), of any property constituting or derived from, proceeds the person obtained directly or indirectly as a result of such offenses, including but not limited to, a sum of money representing the amount of gross proceeds obtained as a result of the offenses.

13. If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 982(a)(2)(A) and Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2015R00356
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

CHRISTOPHER SCOTT, CHRISTOPHER SCOTT, JR., *also known as* "C.J. Scott" *and* NIMBOKO MILLER,

Defendants.

# INDICTMENT

( T. 18, U.S.C., §§ 982(a)(2)(A), 1014, 1344, 1349, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____ *Jo Anne Castyra* _____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Keith D. Edelman, Assistant U.S. Attorney (718) 254-6328*