

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE
F.#2014R01858

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2016

<u>By ECF, E-mail and FedEx</u>

Mildred M. Whalen, Esq.
Federal Defenders of New York, Inc.
One Pierrepont Street, 16th Floor
Brooklyn, New York 11201

Marion Seltzer, Esq.
1725 York Avenue, No. 16B
New York, New York 10128

Sally Butler, Esq.
4240 Bell Blvd, Suite 302
Bayside, New York 11361

        Re:    United States v. Christopher Scott et al.
               <u>Criminal Docket No. 16-034 (DLI)</u>

Dear All:

        Pursuant to the Court's Order at the August 2, 2016 status conference, enclosed please find certain statements made by the defendant Nimboko Miller (previously produced to the defendant Miller), which the government presently intends to introduce in its case-in-chief at trial.

Def. Counsel
August 3, 2016
Page 2

        If you have any questions, please do not hesitate to contact me.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

        By:   /s/ Keith D. Edelman
              Keith D. Edelman
              Assistant U.S. Attorney
              (718) 254-6328

Encl.
    SCOTTSR002208-SCOTTSR002238 (*to defendant Christopher Scott*)
    SCOTTJR002208-SCOTTJR002238 (*to defendant Christopher Scott, Jr.*)
    MILLER000905-MILLER000935 (*to defendant Nimboko Miller, previously produced*)

cc:    Clerk of Court (DLI) (without enclosures)