# EXHIBIT

# A

Case 1:16-cr-00034-AMD   Document 52-1   Filed 03/02/17   Page 2 of 32 PageID #: 240

**Miller**
Mobile

MESSAGES · PHOTOS & VIDEOS · eGIFT · CONTA

9/1/11 10:39 AM

Thnx.....

9/1/11 2:38 PM

Wells Fargo 866-234-8271

9/10/11 5:57 AM

@ work got ur call, called them was tole 2 call bac Monday they have 2 pinpoint sum info I guez, they were not 2 fourth coming wit me, afta mon I have a

beta idea....

9/10/11 9:58 AM

Ok

9/13/11 5:06 PM

Type a message...

Case 1:16-cr... Page 3 of 32 PageID #: 241

SAMSUNG

← **Miller**
Mobile

4G 📶 100% 🔋 1:01 PM

9/13/11 5:06 PM

Please call ma asap

2/6/13 2:21 AM

Some notice about financial help but I'm gonna leave it there so I can see if sum1 comes thru...

2/6/13 7:06 AM





Type a message...



What is that hanging on the door?



2/6/13 7:22 AM

Ok

5/29/13 3:23 PM

Good evening can u tex me the address 2 the house, if u haven't

Type a message…

Miller
Mobile

MESSAGES    PHOTOS & VIDEOS    eGIFT    CONTA

address 2 the house, if u haven't filed bankruptcy yet we can get this off u now, I know it took time to get it 2gether bu everything is in place 2 fix this now, if u still want 2...

5/29/13 7:18 PM

The house in farrock beach 88th street I know where it is but the exact address I need, I am now in a position to rid u of this 4 ever if u haven't alredi.....

Also clear ur credit of this ever happening 2...

5/29/13 10:32 PM

Hey, just got your message. Address to what house?

Type a message...

 

100% 1:01 PM

← **Miller**
Mobile

📞 ⋮

**MESSAGES** | **PHOTOS & VIDEOS** | **eGIFT** | **CONTA**

I'm getting ready for work. If your up in the morning you can call or text me @ 6:00.

5/29/13 11:21 PM

309 Beach 88 Street
Far Rockaway, NY 11693

5/30/13 6:30 AM

Thank you will get this in motion now, & info u of the process @ every point from this moment on...

5/30/13 9:53 PM

Ok

6/10/13 11:20 AM

When u get a chance will need ur mailing address, ss#, for the closing

 Type a message...  



Case 1:16-cr-00054-AM Document 32 Filed 10/20/17 Page 7 of 32 PageID #: 245

**Miller**
Mobile

MESSAGES    PHOTOS & VIDEOS    eGIFT    CONTA

When u get a chance will need ur mailing address, ss#, for the closing documents, I am going 2 give u the address where we are having the closing....

6/10/13 11:34 AM

*Address redacted per Fed. R. Crim. P. 49.1*

NY

Not texting my ss#

Ok...

6/10/13 12:57 PM

1 Fulton avenue suite 16. @ 5:45.....

Ok

6/10/13 2:47 PM

Type a message...

**Miller**
Mobile

MESSAGES | PHOTOS & VIDEOS | eGIFT | CONTA

6/10/13 2:47 PM

I go back to work Thursday. I'm suppose to work an rdo tomorrow night

Oh you workn an rdo, got u will make sure it works for you....

Ok

6/13/13 7:04 PM

Good afternoon r u available 2 close 2day or 2morow on B88 st??

What time tomorrow?

6/13/13 10:06 PM

Tentively 1500 in Qns... what do u


Type a message...
 

SAMSUNG

4G 100% 1:01 PM

← **Miller**
Mobile

**MESSAGES**       PHOTOS & VIDEOS       eGIFT       CONTA

Tentively 1500 in Qns... what do u think?

Time is to late.  You know I have to go to work

6/13/13 11:33 PM

What time is good 4 u?

Wil work on an earlier time...

12

6/13/13 11:40 PM

Ok wil work on it...

Ok

Type a message

Case 1:16-cr-00144-MKB   Document 31   Filed 11/16/17   Page 10 of 32 PageID #: 248

 

**Miller**
Mobile

MESSAGES        PHOTOS & VIDEOS        eGIFT        CONTA

There person is ready 2 do the deal now I explained that u work @ nite, if possible & I can pull this off can I come to u an notarize the documents needd to do this? Ill bring a notary with me...

I set this up for 9ish 2morow, this is our chance to finish the rockaways once & for all, it will take about thirty mins... let me kno where u clear or f u got ur whip or not.... hit me up any time from this point on 2 confirm....

You will need ur s/s card and ur driver lic...

I'm on the J tonight 105. Don't get off until 10:45. But you can come to Parsons. I will text you when I get there.

Type a message...

  

**Miller**
Mobile

bring u 2 the office take care of this business & bring you bac...

6/15/13 12:41 AM

Ok

6/15/13 10:53 AM

Good morning I'm here by the exit right upstairs from the crew reporting center...

6/17/13 1:03 AM

Good evening just 2 keep u informed @ some point you will sign the closing papers to close out the old loan on beach 88, when the invester contacts u, cntac me... we are gonna do searing the same way then we're clear and my promises will be fulfilled....

Ok thanks

 Type a message...  

# Miller
Mobile

MESSAGES · PHOTOS & VIDEOS · eGIFT · CONTA

6/17/13 2:25 PM

Good afternoon do you have any paperwork on the searing house as far as mortgage ppl contacting you?

6/17/13 2:36 PM

No

6/17/13 2:?? PM

What about the letter from the person who tried to contact u about the house or was that a creditor letter?

No letter only on the phone

Do u have the number?

Type a message…

Do u have the number?

Citi Mortgage- Felicia
877-290-3994 ext 0475190

Can u call and get the account number plz? This will help me greatly...

6/17/13 2:55 PM

2005245625 REDACT

This is y we get along well thank u dear I'm on the case and will give u headz on this matter in 1 day...

6/17/13 3:08 PM

You want the date the house was purchased right

Type a message...





013




4G 100% 1:02 PM

Miller
Mobile

MESSAGES  PHOTOS & VIDEOS  eGIFT  CONTA

April 4, 2008, original loan 420,000.00, now 377,075.12

6/17/13 3:45 PM

Just one more thing, I promise can u ask citi the date of the foreclosure sale then my paper work is complete....thanks again..

I am not calling those people back. Every time I call they are recording my conversation. It had to be between jan 2009 and dec 2010

I told them it was not me that signed those papers

6/17/13 3:56 PM

Yes I know but u are intitled to get

Type a message...

I told them it was not me that signed those papers

6/17/13 3:56 PM

Yes I know but u are intitled to get this info under the law they have 2 give it to u, even if u use it to prove a fraud case against them they still mut comply legally...

In order for me to package this the right way the dates must be correct or the bank will reject and we will have 2 start all over.

I'm sure they will give it to me but I don't want to keep calling back today. 3 times is enough. Will call tomorrow

Ok.... thank you I know i 'm a pain but I got u n so I will get u out just ~~hear wit me we almost done~~

REDACT

Type a message...

Case 1:15-cr-00034-AMD   Document 52-1   Filed 03/27/17   Page 16 of 32 PageID #: 254

**Miller**
Mobile

MESSAGES     PHOTOS & VIDEOS     eGIFT     CONTA

Ok.... thank you I know i 'm a pain but I got u n so I will get u out just bear wit me we almost done... thanks....

6/18/13 11:03 AM

Good morning hope u rested well, I still need u 2 call citi & get the foreclosure sale date on this property I am not able to get it without ur help, oce u get it I can set this up 4 asap, like 2morow, this the last part I need thank u....


REDACT

6/18/13 11:20 AM

They don't have a foreclosure sale date and she said she couldn't tell me when it went into foreclosure. This is the foreclosure attorney Cynthia Rosicki

Type a message...

016

**Miller**
Mobile

MESSAGES    PHOTOS & VIDEOS    eGIFT    CONTA

me when it went into foreclosure.
This is the foreclosure attorney
Cynthia Rosicki
845-897-1600

Thank you....

No problem

6/29/13 10:20

Good morning. What's up?

6/29/13 12:24 PM

Working on searing dudley being
dead is an issue trying to work
around it may have 2 notify next of
kin to sign off on deal...

Why? It's ok for the creditor to
bother me

REDACT

Type a message...

017

**Miller**
Mobile

MESSAGES    PHOTOS & VIDEOS    eGIFT    CONTA

Why? It's ok for the creditor to bother me

Because of him being dead his family has legal rights to anything involving his estate it a legality issue by law they must be notified, been talking to lawyers all week about this, all we need a relative to do is sign off on this, I'm trying to find any1 in his family now...

Ok. Do you know anyone in his family? If not I will make a police report and say they stole my identity

6/29/13 12:40 PM

Working on that now, will need some time, have an investigator tracking down his ex wife once I'm in contact with her will explain this situation to her if she agrees to help we are good

Type a message

**Miller**
Mobile

time, have an investigator tracking down his ex wife once I'm in contact with her will explain this situation to herif she agrees to help we are good if not then I will let u know then file ur report bcuz once u do there will be an investigation and I don't want to bepoking my nose in this then....

Ok

12/17/13 11:44

Can get dudkeyz property off ur back 2morrow let me kno bcuz its finally a go... u will need ur last 2 years income taxes, 2 recent paystubs and ur id...

12/18/13 5:05 AM

Good morning, just got your text. I'm AM's this week. Not getting off until 3.

Type a message...

Miller

Mobile

MESSAGES   PHOTOS & VIDEOS   eGIFT   CONTA

Will see if it can be done after 3 if u want 2....

Also have a safe day2....

Ok, thank you. Off Saturday

Will see if that can ~~work~~ and get back2u....

Ok

12/19/13 4:37 AM

If u want u can bring ur info 2 work I will pick it up and close this out and bring u back ur stuff, normally I would not do this but it is for u,then this matter will be done with dudlez

REDACT

Type a message...

Miller
Mobile

will pick it up and close this out and bring u back ur stuff, normally I would not do this but it is for u,then this matter will be done with dudlez house for good....

12/19/13 4:51 AM

Good morning, if you're up call me. Getting ready for work. We are going to Lefferts and ending at Rock Park

12/19/13 12:32 M

Are u clearing around 1 or 2 if u are I can meet u and get ur docz and finish this off if u can't make it...

I get off at 3

Did u bring ur docz with u, if so I can meet u @ ur clearing point & pic them up and do this and return ur stuff 2 u later....

Type a message...

Case 1:16-cr-00034-AMD Document 52-1 Filed 03/27/17 Page 22 of 32 PageID #: 260

**Miller**
Mobile

MESSAGES     PHOTOS & VIDEOS     eGIFT     CONTA

meet u @ ur clearing point & pic them up and do this and return ur stuff 2 u later....

You didn't get back to me th morning, so no

I was up till 6 yesterday waiting to hear from you.

So u need 2 go home and get them? Ok so when u clear I guess u'll go home and get them I'll meet u get them and keep it moving...

Okay, I'm going straight home

Ok good where do u want me 2 wait 4 u?

REDACT

Type a message...








Miller
Mobile

**MESSAGES**     PHOTOS & VIDEOS     eGIFT     CONTA

4, no prob be there soon...

Okay
<Sent Via MY MOTOSPEAK>

12/19/13 7:03 PM

800-283-7318

12/20/13 4:28 PM

We good so when we finish putting the deal thru u will be in the clear, all that is left is the short sale to the buyer in 30 & 60 days and u will be free.....

~~REDACT~~

Ok, thank you

1/29/14 2:20 PM

Good afternoon, why is Wells Fargo Bank calling me saying I'm still the

  Type a message...   

Case 1:16-cr-00034-AMD   Document 52-1   Filed 03/27/17   Page 25 of 32 PageID #: 263

Miller
Mobile

MESSAGES    PHOTOS & VIDEOS    eGIFT    CONTA

Good afternoon, why is Wells Fargo Bank calling me saying I'm still the owner of Far Rockaway and they do not see any short sale

1/29/14 2:49 PM

The records did not update takes alil while...but you no longer own it... we transfered it and it was notirized you were present, so paper work takes a while to get everywhere...

Ok

4/7/14 5:44 PM

Hello got your message in class can I call you later?

Yes, I just got a subpoena to come

Type a message...

# Miller
Mobile

MESSAGES | PHOTOS & VIDEOS | eGIFT | CONTA

Hello got your message in class can I call you later?

Yes, I just got a subpoena to come to court

From who what court/company?

My aunt called I have to go to LI to get it. But it's from Nassau County

REDACT REDACT REDACT

And Wells Fargo keeps calling me

4/7/14 5:55 PM

Ok... Did she read it to you is it about fairring? And you don't have to talk to wells fargo but when you do pick up the subpeona let me know who its from because your interest in the house in LI has been transferred and

REDACT REDACT REDACT REDACT

Type a message...

SAMSUNG

100% 1:04 PM

**Miller**
Mobile

And Wells Fargo keeps calling me

4/7/14 5:55 PM

Ok... Did she read it to you is it about fairring? And you don't have to talk to wells fargo but when you do pick up the subpeona let me know who its from because your interest in the house in LI has been transferred and when the short sale is complete debt will be gone from you...

Getting out late from this class will call you to speak in detail but read the subpeona and if possible take a pic & shoot it to me plz...

Call me I will be home

Ok...

4/16/14 6:53 AM

Type a message...

Case 1:16-cr-00034-AMD   Document 52-1   Filed 03/27/17   Page 28 of 32 PageID #: 266

**Miller**
Mobile

MESSAGES      PHOTOS & VIDEOS      eGIFT      CONTA

4/16/14 6:53 AM

Good morning, it's been 8 days and I'm still waiting for my phone call. And I need my paperwork back.

10/1/14 11:54 AM

Good morning, I don't know what is going on but you need to call me back. I have federal agents coming to my Aunt's house.

10/3/14 10:04 PM

Hey, the man who is looking for me is from the federal housing finance agency.

10/3/14 10:11 PM

OK did he leave a number? Or say what he wanted?

Type a message…

028

**Miller**
Mobile

MESSAGES     PHOTOS & VIDEOS     eGIFT     CONTA

Yes, can't pronounce last name. Joseph - ████ 7266. He wants to ask me some questions about my property. Didn't say which one

Hmmm. Sounds like an investigation still you have done nothing wrong, you transferred the deed that's it, all perfectly legal as long as he is just asking questions, you can answer or not but I would see what he wants at some point.

I am going to call him back in the morning.

OK keep me posted please and goodnight.

Ok, good night

Type a message...

Case 1:15-cr-00184-TWT   Document 32-1   Filed 01/27/17   Page 30 of 32   PageID #: 268



**Miller**
Mobile

MESSAGES       PHOTOS & VIDEOS       eGIFT       CONTA

10/8/14 11:35 AM

All the answers he is looking for should be in the closing statemeents, they contain the list of people and or companies involved in this particular closing, he can get this from the bank and should already have this.

Did he show you any id? Who is he and what agency does he work for?

10/8/14 8:29 PM

Hey, did you get the paperwork?

10/8/14 9:15 PM

Still going through files, will find it soon after you give him the closing statement do not answer any more questions because he is trying to

Type a message...

SAMSUNG

100% 1:05 PM

← **Miller**
Mobile

MESSAGES   PHOTOS & VIDEOS   eGIFT   CONTA

this from the bank and should already have this.

Did he show you any id? Who is he and what agency does he work for?

10/8/14 8:29 PM

Hey, did you get the paperwork?

10/8/14 9:15 PM

Still going through files, will find it soon after you give him the closing statement do not answer any more questions because he is trying to entrap you in a case that he knows if anything you would be the victim.

Ok

Sent

Type a message...

