MARION A. SELTZER
Attorney at Law
1725 York Avenue -Suite 16B
New York, New York 10128

Telephone:   (212) 289-8798            E-mail: MarionSeltzer23@gmail.com

May 24, 2018

Hon. Ann M. Donnelly
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re: USA v Nimboko Miller 16 CR 34 (AMD)

Dear Judge Donnelly,

    I write to request an extension of one week from May 30, 2018 until June 6, 2018 to file my response to the government's motion regarding restitution in the above referenced case. Because of unforeseen circumstances it will be difficult for me to get the papers prepared and filed by May 30th.

    I have communicated with AUSAs Nomi Berenson and Benjamin Saltzman who are prosecuting this case and the government consents to this application.

Respectfully yours,

*Marion Seltzer*