# NOTICE OF APPEAL
United States District Court for the
Eastern District of New York

---------------------------------------------------x

UNITED STATES OF AMERICA

   - against -                                                 16 CR 34 (AMD)

NIMBOKO MILLER

---------------------------------------------------x

Notice is hereby given that NIMBOKO MILLER appeals to the United States Court of Appeals for the Second Circuit from the Judgment of Conviction entered in this action on August 1, 2018.

The offense occurred after November 1, 1987

The appeal concerns the conviction and sentence

Because appellant is indigent and assigned counsel under the Criminal Justice Act, it is requested that the Clerk of the Court waive any relevant filing fees

Dated:     August 4, 2018

*Marion Seltzer*

1725 York Avenue - Suite 16B
New York, New York 10128
(212) 289-8798
MarionSeltzer23@gmail.com

To: United States Attorney EDNY
    (By ECF)

    Clerk of the Court
    (By ECF)